AO 455(Rev. 5/85) Waiver of Indictment


#14

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ARMANDO MONTIEL-BARAJAS | CASE NUMBER: 08CR1984-WQH |

I, <u>ARMANDO MONTIEL-BARAJAS</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6\17\08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                     X _Armando Montiel_
                                                        Defendant

                                                         Counsel for Defendant

Before _____
        Judicial Officer

FILED
JUN 17 2008